# EXHIBIT B

| US6819539 | Nokia 2V ("The Accused Product") |
|---|---|
| 8. An apparatus comprising: a detection circuit configured to generate a signal having on event condition; and | The accused product utilizes an apparatus comprising: a detection circuit (e.g., a battery monitoring circuit) configured to generate a signal (e.g., voltage or current notification) having on event condition (e.g., if state is high or low).<br><br>As shown below, the Nokia 2V utilizes a Qualcomm Snapdragon 425 processor (i.e. MSM8917).<br><br><br><br>https://www.nokia.com/phones/en_us/nokia-2-v |



**Buy now** 🔗

https://www.nokia.com/phones/en_us/nokia-2-v

# Nokia 2 V

**DESIGN**

- **Color** Blue/Silver
- **Size (excluding camera)** 153.6 x 77.6 x 9.67 mm

**NETWORK AND CONNECTIVITY**

- **Network speed** LTE Cat 4
- **WiFi** 802.11 b/g/n
- Bluetooth® 4.2
- GPS/AGPS+GLONASS

**PERFORMANCE**

- **Operating system** Android 8.1 Oreo Go edition
- **RAM** 1 GB LPDDR3
- **CPU** Qualcomm® Snapdragon™ 425

As shown below, the Snapdragon 425 includes a battery monitoring circuit that generates a signal based upon the occurrence of a certain condition (in this case voltage variances for normal values).

```
qcom,bcl {
        compatible = "qcom,bcl";
        qcom,bcl-enable;
        qcom,bcl-framework-interface;
        qcom,bcl-freq-control-list = <&CPU0 &CPU1 &CPU2 &CPU3>;
        qcom,bcl-hotplug-list = <&CPU2 &CPU3>;
        qcom,bcl-soc-hotplug-list = <&CPU2 &CPU3>;
        qcom,ibat-monitor {
                qcom,low-threshold-uamp = <3400000>;
                qcom,high-threshold-uamp = <4200000>;
                qcom,mitigation-freq-khz = <1094400>;
                qcom,vph-high-threshold-uv = <3500000>;
                qcom,vph-low-threshold-uv = <3200000>;
                qcom,soc-low-threshold = <10>;
                qcom,thermal-handle = <&msm_thermal_freq>;
```

https://android.googlesource.com/kernel/msm/+/android-7.1.0_r0.2/arch/arm/boot/dts/qcom/msm8917.dtsi

```
564             bcl->btm_vph_adc_param.btm_ctx = bcl;
565             bcl->btm_vph_adc_param.threshold_notification = bcl_vph_notification;
566             bcl->btm_vph_adc_param.channel = bcl->btm_vph_chan;
```

**Reports a volatage value**

```
1381            bcl->btm_ibat_adc_param.btm_ctx = bcl;
1382            bcl->btm_ibat_adc_param.threshold_notification = bcl_ibat_notification;
1383            bcl->btm_ibat_adc_param.channel = bcl->btm_ibat_chan;
```

**Reports a current value**

```
536     static void bcl_ibat_notification(enum qpnp_tm_state state, void *ctx);
537     static void bcl_vph_notification(enum qpnp_tm_state state, void *ctx);
```

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

<table>
<tr><td></td><td>

```
707    enum qpnp_tm_state {
708            ADC_TM_HIGH_STATE = 0,
709            ADC_TM_COOL_STATE = ADC_TM_HIGH_STATE,
710            ADC_TM_LOW_STATE,
711            ADC_TM_WARM_STATE = ADC_TM_LOW_STATE,
712            ADC_TM_STATE_NUM,
713    };
```

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-asus-3.10-nougat-mr1-wear-release/include/linux/qpnp/qpnp-adc.h

</td></tr>
<tr><td>

a storage circuit configured to store said event;

</td><td>

The accused product comprises a storage circuit (e.g., L2 cache) configured to store said event (e.g., if state is high or low).

As shown below, the Snapdragon 425 includes an L2 cache that stores voltage variance events.

## Specifications

**CPU**　　　　　　　**CPU Clock Speed:** Up to 1.4 GHz

　　　　　　　　　　**CPU Cores:** 4x ARM Cortex A53, Quad-core CPU

　　　　　　　　　　**CPU Architecture:** 64-bit

https://www.qualcomm.com/products/snapdragon-425-mobile-platform

</td></tr>
</table>



https://www.anandtech.com/show/7591/answered-by-the-experts-arms-cortex-a53-lead-architect-peter-greenhalgh

| a table configured to store a plurality of event types; and | The accused product comprises a table (e.g., a table containing various thresholds) configured to store a plurality of event types (e.g., if state is high or low). <br><br> As shown in the code below, the Snapdragon 425 utilizes a table that defines various voltage conditions and their corresponding thresholds. |
|---|---|

| | |
|---|---|
| | ```
qcom,bcl {
        compatible = "qcom,bcl";
        qcom,bcl-enable;
        qcom,bcl-framework-interface;
        qcom,bcl-freq-control-list = <&CPU0 &CPU1 &CPU2 &CPU3>;
        qcom,bcl-hotplug-list = <&CPU2 &CPU3>;
        qcom,bcl-soc-hotplug-list = <&CPU2 &CPU3>;
        qcom,ibat-monitor {
                qcom,low-threshold-uamp = <3400000>;
                qcom,high-threshold-uamp = <4200000>;
                qcom,mitigation-freq-khz = <1094400>;
                qcom,vph-high-threshold-uv = <3500000>;
                qcom,vph-low-threshold-uv = <3200000>;
                qcom,soc-low-threshold = <10>;
                qcom,thermal-handle = <&msm_thermal_freq>;
``` <br> https://android.googlesource.com/kernel/msm/+/android-7.1.0_r0.2/arch/arm/boot/dts/qcom/msm8917.dtsi |
| a circuit configured to (i) reset when said event condition is a first predetermined type and (ii) implement recover action when said event condition is a second predetermined type, wherein said first and second predetermined types are determined in response to a comparison of said event to said plurality of event types stored in said table. | The accused product comprises a circuit (e.g., resource power manager circuit) configured to (i) reset (e.g., cpu_down) when said event condition is a first predetermined type (e.g., when bcl_soc_state == BCL_LOW_THRESHOLD OR bcl_vph_state == BCL_LOW_THRESHOLD) and (ii) implement recover action (e.g., cpu_up) when said event condition is a second predetermined type (e.g., when bcl_soc_state is not equal to BCL_LOW_THRESHOLD,  bcl_vph_state is not equal to BCL_LOW_THRESHOLD and bcl_ibat_state is not equal to BCL_HIGH_THRESHOLD), wherein said first and second predetermined types are determined in response to a comparison of said event to said plurality of event types stored in said table (e.g. the comparison of collected values with stored thresholds). |

```
 4    Resource Power Manager (RPM)
 5
 6    RPM is a dedicated hardware engine for managing shared SoC resources,
 7    which includes buses, clocks, power rails, etc.  The goal of RPM is
 8    to achieve the maximum power savings while satisfying the SoC's
 9    operational and performance requirements.  RPM accepts resource
10    requests from multiple RPM masters.  It arbitrates and aggregates the
11    requests, and configures the shared resources.  The RPM masters are
12    the application processor, the modem processor, as well as some
13    hardware accelerators.
```

https://android.googlesource.com/kernel/msm/+/android-7.1.0_r0.2/Documentation/arm/msm/rpm.txt



https://www.slideshare.net/linaroorg/lcu14-210-qualcomm-snapdragon-power-management-unique-challenges-for-power-frameworks

```
213    #ifdef CONFIG_SMP
214    static void __ref bcl_handle_hotplug(struct work_struct *work)
215    {
216            int ret = 0, _cpu = 0;
217
218            mutex_lock(&bcl_hotplug_mutex);
219            if (cpumask_empty(bcl_cpu_online_mask))
220                    bcl_update_online_mask();
221
222            if (bcl_soc_state == BCL_LOW_THRESHOLD
223                    || bcl_vph_state == BCL_LOW_THRESHOLD)
224                    bcl_hotplug_request = bcl_soc_hotplug_mask;
225            else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                    bcl_hotplug_request = bcl_hotplug_mask;
227            else
228                    bcl_hotplug_request = 0;
229
230            for_each_possible_cpu(_cpu) {
231                    if ((!(bcl_hotplug_mask & BIT(_cpu))
232                            && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                            || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                            continue;
235
236                    if (bcl_hotplug_request & BIT(_cpu)) {
237                            if (!cpu_online(_cpu))
238                                    continue;
239                            ret = cpu_down(_cpu);
240                            if (ret)
```

**Event condition is a first predetermined type**

**Reset**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

```
214  static void __ref bcl_handle_hotplug(struct work_struct *work)
215  {
216      int ret = 0, _cpu = 0;
217
218      mutex_lock(&bcl_hotplug_mutex);
219      if (cpumask_empty(bcl_cpu_online_mask))
220          bcl_update_online_mask();
221
222      if (bcl_soc_state == BCL_LOW_THRESHOLD
223          || bcl_vph_state == BCL_LOW_THRESHOLD)
224          bcl_hotplug_request = bcl_soc_hotplug_mask;
225      else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226          bcl_hotplug_request = bcl_hotplug_mask;
227      else
228          bcl_hotplug_request = 0;
229
230      for_each_possible_cpu(_cpu) {
231          if ((!(bcl_hotplug_mask & BIT(_cpu))
232              && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233              || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234              continue;
235
236          if (bcl_hotplug_request & BIT(_cpu)) {
237              if (!cpu_online(_cpu))
238                  continue;
239              ret = cpu_down(_cpu);
240              if (ret)
241                  pr_err("Error %d offlining core %d\n",
242                          ret, _cpu);
243              else
244                  pr_debug("Set Offline CPU:%d\n", _cpu);
245          } else {
246              if (cpu_online(_cpu))
247                  continue;
248              ret = cpu_up(_cpu);
249              if (ret)
```

**Event condition is a second predetermined type** (line 227–228)

**Event condition is a second predetermined type** (line 245)

**Recover** (line 248)

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

```
qcom,bcl {
        compatible = "qcom,bcl";
        qcom,bcl-enable;
        qcom,bcl-framework-interface;
        qcom,bcl-freq-control-list = <&CPU0 &CPU1 &CPU2 &CPU3>;
        qcom,bcl-hotplug-list = <&CPU2 &CPU3>;
        qcom,bcl-soc-hotplug-list = <&CPU2 &CPU3>;
        qcom,ibat-monitor {
                qcom,low-threshold-uamp = <3400000>;
                qcom,high-threshold-uamp = <4200000>;
                qcom,mitigation-freq-khz = <1094400>;
                qcom,vph-high-threshold-uv = <3500000>;
                qcom,vph-low-threshold-uv = <3200000>;
                qcom,soc-low-threshold = <10>;
                qcom,thermal-handle = <&msm_thermal_freq>;
```

https://android.googlesource.com/kernel/msm/+/android-7.1.0_r0.2/arch/arm/boot/dts/qcom/msm8917.dtsi

Threshold Values from the table (dtsi) are imported into the battery_current_limit module thru a record data type (bcl).

```
1519
1520        BCL_FETCH_DT_U32(ibat_node, key, "qcom,low-threshold-uamp", ret,
1521                bcl->ibat_low_thresh.trip_value, ibat_probe_exit);
1522        BCL_FETCH_DT_U32(ibat_node, key, "qcom,high-threshold-uamp", ret,
1523                bcl->ibat_high_thresh.trip_value, ibat_probe_exit);
1524        BCL_FETCH_DT_U32(ibat_node, key, "qcom,mitigation-freq-khz", ret,
1525                bcl->bcl_p_freq_max, ibat_probe_exit);
1526        BCL_FETCH_DT_U32(ibat_node, key, "qcom,vph-high-threshold-uv", ret,
1527                bcl->vbat_high_thresh.trip_value, ibat_probe_exit);
1528        BCL_FETCH_DT_U32(ibat_node, key, "qcom,vph-low-threshold-uv", ret,
1529                bcl->vbat_low_thresh.trip_value, ibat_probe_exit);
1530        BCL_FETCH_DT_U32(ibat_node, key, "qcom,soc-low-threshold", ret,
1531                soc_low_threshold, ibat_probe_exit);
```

The values of the table are now inside the record, bcl. The State of Charge low threshold is saved in a variable soc_low_threshold.

```
174        /* BCL Peripheral monitor parameters */
175        struct bcl_threshold ibat_high_thresh;
176        struct bcl_threshold ibat_low_thresh;
177        struct bcl_threshold vbat_high_thresh;
178        struct bcl_threshold vbat_low_thresh;
179        uint32_t bcl_p_freq_max;
180    };
```

**Different possible event types**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

```
17   #define BCL_NAME_MAX_LEN 20
18
19   enum bcl_trip_type {
20           BCL_HIGH_TRIP,
21           BCL_LOW_TRIP,
22           BCL_TRIP_MAX,
23   };
```

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/include/linux/msm_bcl.h

```
31   struct bcl_threshold {
32           int                    trip_value;
33           enum bcl_trip_type     type;
34           void                   *trip_data;
35           void (*trip_notify)    (enum bcl_trip_type, int, void *);
36   };
```

```
214   static void __ref bcl_handle_hotplug(struct work_struct *work)
215   {
216         int ret = 0, _cpu = 0;
217
218         mutex_lock(&bcl_hotplug_mutex);
219         if (cpumask_empty(bcl_cpu_online_mask))
220                 bcl_update_online_mask();
221
222         if (bcl_soc_state == BCL_LOW_THRESHOLD
223                 || bcl_vph_state == BCL_LOW_THRESHOLD)
224                 bcl_hotplug_request = bcl_soc_hotplug_mask;          First event
225         else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                 bcl_hotplug_request = bcl_hotplug_mask;
227         else                                                         Second event
228                 bcl_hotplug_request = 0;
229
230         for_each_possible_cpu(_cpu) {
231                 if ((!(bcl_hotplug_mask & BIT(_cpu))
232                         && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                         || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                         continue;
235
236                 if (bcl_hotplug_request & BIT(_cpu)) {
237                         if (!cpu_online(_cpu))
238                                 continue;
239                         ret = cpu_down(_cpu);
```

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

The new values of bcl_vph_state and bcl_ibat_state are compared against the threshold values from the table.