**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:20-cv-25220-BLOOM/Otazo-Reyes**

PEARL IP LICENSING LLC,

        Plaintiff,

v.

HMD AMERICA, INC.,

        Defendant.

_____/

**<u>JOINT NOTICE OF MEDIATOR SELECTION</u>**

Pursuant to this Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge ("Trial Order") (ECF No. 13), the Parties are hereby jointly notifying this Court of their agreement to a mediator. The Parties agree to and select the following mediator in this matter:

Brian Gilchrist, Esq.
Allen, Dyer, Doppelt + Gilchrist
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
Phone: 407-841-2330
Email: bgilchrist@allendyer.com

Because a party representative for Defendant may be located in Finland, the parties agree to mediation via remote videoconferencing.

A proposed Order Scheduling Mediation is attached as hereto as Exhibit A.

Dated:  June 4, 2021

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard L. Wernow, Esq.
SAND, SEBOLT & WERNOW CO., LPA
Florida Bar No. 107560
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: howard.wernow@sswip.com
**Attorney for *Plaintiff, PEARL IP LICENSING LLC***

*/s/ Jodi-Ann Tillman*
JOSEPH W. BAIN, Esq.
Florida Bar No. 860360
Email Address:  jbain@shutts.com
Secondary Email:  hmdteam@shutts.com
ALEXANDER W. SCHNEIDER, Esq.
Florida Bar No. 121671
Email Address:  aschneider@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

JODI-ANN TILLMAN, Esq.
Florida Bar No. 1022214
Email Address: jtillman@shutts.com
**SHUTTS & BOWEN LLP**
200 East Broward Boulevard
Suite 2100
Fort Lauderdale, Florida 33301
Telephone:     954-524-5505
Facsimile:     954-524-5506

***ATTORNEYS FOR DEFENDANT***
**HMD AMERICA, INC.**

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 4th day of June, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served a copy on the following:

Howard L. Wernow, Esq.
SAND, SEBOLT & WERNOW CO., LPA
Florida Bar No. 107560
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: howard.wernow@sswip.com
**Attorney for *Plaintiff, PEARL IP LICENSING LLC***


By:     */s/ Jodi-Ann Tillman*
Jodi-Ann Tillman
Florida Bar No. 1022214
jtillman@shutts.com

WPBDOCS 10833415 1