UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25220-BLOOM/Otazo-Reyes

PEARL IP LICENSING LLC,

    Plaintiff,

v.

HMD AMERICA, INC.,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be held on **December 15, 2021**, at **9:00 a.m.** with Brian Gilchrist via videoconference. On or before **December 20, 2021**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties may not reschedule the mediation without leave of court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 4, 2021.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record