UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25220-BLOOM/Otazo-Reyes

PEARL IP LICENSING LLC,

Plaintiff,

vs.

HMD AMERICA, INC.,

Defendant.
_____/

**JOINT MOTION TO DISMISS**

Plaintiff, Pearl IP Licensing LLC and Defendant, HMD America, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby move this Court to dismiss all claims against Defendant HMD America, Inc. WITH PREJUDICE and all counterclaims against Plaintiff Pearl IP Licensing LLC WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: December 21, 2021                Respectfully submitted,

                                        */s/ Howard L. Wernow*
                                        Howard L. Wernow B.C.S.
                                        Florida Bar No. 107560
                                        **SAND, SEBOLT & WERNOW CO., LPA**
                                        Aegis Tower – Suite 1100
                                        4940 Munson Street NW
                                        Canton, Ohio 44718
                                        Telephone: (330) 244-1174
                                        Facsimile: (330) 244-1173
                                        Email: howard.wernow@sswip.com

                                        *Board Certified in Intellectual Property Law*
                                        *by the Florida Bar*

                                        ATTORNEY FOR PLAINTIFF

        */s/ Joseph W. Bain*
        JOSEPH W. BAIN, Esq.
        Florida Bar No. 860360
        Email Address: jbain@shutts.com
        Secondary Email: hmdteam@shutts.com
        ALEXANDER W. SCHNEIDER, Esq.
        Florida Bar No. 121671
        Email Address: aschneider@shutts.com
        **SHUTTS & BOWEN LLP**
        1100 CityPlace Tower
        525 Okeechobee Boulevard
        West Palm Beach, Florida 33401
        Telephone: (561) 835-8500
        Facsimile: (561) 650-8530

        JODI-ANN TILLMAN, Esq.
        Florida Bar No. 1022214
        Email Address: jtillman@shutts.com
        **SHUTTS & BOWEN LLP**
        200 East Broward Boulevard – Suite 2100
        Fort Lauderdale, Florida 33301
        Telephone: (954) 524-5505
        Facsimile: (954) 524-5506

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on December 21, 2021.

        */s/ Howard L. Wernow*
        Howard L. Wernow